

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

AUG 17 2006

J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

AMSOUTH BANK N.A.                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:03cv253 LG-JMR

DAN MACK TURNAGE ,JR.                                         DEFENDANT

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case,

and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice

as to all parties.

SO ORDERED, this the day of August , 2006.

_____
UNITED STATES MAGISTRATE JUDGE